PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Tarell Dontay Lewis</u>        Case Number: <u>3:03-00199-01</u>

Name of Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge.</u>

Date of Original Sentence: <u>March 21, 2005</u>

Original Offense: <u>18 U.S.C. § 922(g)(1) and 924: Convicted Felon in Possession of a Firearm</u>

Original Sentence: <u>57 months' custody consecutive to state sentence, followed by 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>November 10, 2010</u>

Assistant U.S. Attorney: <u>S. Carran Daughtrey</u>   Defense Attorney: <u>Paul J. Bruno</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 1st day of May, 2013, and made a part of the records in the above case.

_____
Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

_____
Lisa A. Capps
Sr. U.S. Probation Officer

Place   Columbia, Tennessee

Date    April 26, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.  Nature of Noncompliance

1.)  **The defendant shall not commit another federal, state, or local crime:**

   On January 16, 2013, Tarell Lewis was stopped by the Metropolitan Nashville Police Department, Nashville, Tennessee, and charged with Driving on a Suspended License, and Driver's License - Possession of Revoked, Suspended, or Altered.

2.  **The defendant shall not be involved with gang activity, possess any gang paraphernalia, or associate with any person affiliated with a gang:**

   On November 14, 2012, Mr. Lewis was found in the presence of three Rollin 40's Crips gang members.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr Lewis began his supervised release on November 10, 2010, and is scheduled to be terminated from supervision on November 9, 2013. He resides with his wife and children in Madison, Tennessee. He is employed with Downtown Nissan in Nashville, Tennessee, and also owns All About Business Cleaning. The probation officer completes frequent surprise home visits at the offender's residence.

On November 14, 2012, Mr. Lewis was found to be a passenger in a vehicle along with three other individuals. All three subjects are Rollin 40's Neighborhood Crip gang members. Mr. Lewis was named by two reliable confidential informants (CI's) to be an "O.G." of the Rollin 40's gang and called the shots while he was in federal custody. Mr. Lewis has a tattoo of a 4 Leaf Clover on his neck, which is a known Rollin 40's Crip tattoo and is found on other Rollin 40's Crip gang members. The police stop was at the Jenkins Market which is a known Rollin 40's Crip gang hangout.

When questioned about the police contact on November 14, 2012, Mr. Lewis advised he is not a gang member, but does run around with persons who are. This officer verbally reprimanded him and re-instructed him as to the condition to have no contact with any person affiliated with gangs.

On January 17, 2013, this officer received information that the offender had been cited for Driving on a Suspended License, and Driver's License - Possession of Revoked, Suspended, or Altered on January 16, 2013, by the Metropolitan Nashville Police Department (MNPD), Nashville, Tennessee. According to the citations (SCE89354 and SCE89361), Mr. Lewis was stopped for a window tint violation, and a computer check showed the offender's driver's license was suspended. On February 8, 2013, Mr. Lewis appeared in Davidson County General Sessions Court, Nashville, Tennessee, at which time both citations were dismissed on costs.

On January 18, 2013, this officer talked with Mr. Lewis about the citations. Mr. Lewis stated he was unaware that his license had been suspended when he was stopped by MNPD on a traffic stop. This officer reprimanded Mr. Lewis and reminded him that he is to observe all laws, including traffic laws.

**U.S. Probation Officer Recommendation:**

The probation officer respectfully recommends the offender be continued on supervised release and that no further action be taken at this time.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved By: _____
Burton Putman
Supervisory U.S. Probation Officer