# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:03-00199 |
| | ) | Judge Trauger |
| TARELL DONTAY LEWIS | ) | |

### O R D E R

It is hereby **ORDERED** that, if the defendant continues to request an early termination from supervised release, he shall file a reply to the government's Response (Docket No. 71) by July 11, 2013.

It is so **ORDERED**.

ENTER this 1st day of July 2013.

_____
ALETA A. TRAUGER
U.S. District Judge